IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00735-BNB

JESUS BORREGO,

    Plaintiff,

v.

LIEUTENANT MATHEWS,
SARGENT ANDRADE, and
CORRECTIONAL OFFICER K. PETTIT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion Requesting Court to Specially Appoint and Direct that Service With Complaint be Effected by a U.S. Marshal" filed on April 1, 2008, is DENIED as moot.

Dated: June 2, 2008

Copies of this Minute Order mailed on June 2, 2008, to the following:

Jesus Borrego
Prisoner No. 67685
Colorado Sate Penitentiary
PO Box 777 - C-1-28
Cañon City, CO 81215- 0777

                                      Secretary/Deputy Clerk