IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00735-WYD-MJW

JESUS BORREGO,

Plaintiff,

v.

MATHEWS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion Requesting Court to Specially Appoint and Direct that Service with Complaint be Effected by a U.S. Marshal (Docket No. 16) is denied as moot as a result of Judge Daniel's Order Granting Service filed on June 13, 2008 (Docket No. 12).

Date:   June 20, 2008