IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00735-WYD-MJW

JESUS BORREGO,

Plaintiff,

v.

MATHEWS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Motion to Strike Defendants [sic] Extension of Time and Entry of Appearance Motions (Docket No. 26) is denied as there is no basis in law or in fact for the relief requested.

Date: July 31, 2008